**Michael Wayne MOORE,**
**Plaintiff–Appellant,**

v.

**James B. BENNETTE; George E. Currie; Joseph Lightsey; Richard T. Jones; Tonia Rodgers, Defendants–Appellees.**

No. 11–6581.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 13, 2011.

Decided: Sept. 16, 2011.

Michael Wayne Moore, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant United States Attorney, Raleigh, North Carolina; Elizabeth Pharr McCullough, Young, Moore & Henderson, PA, Raleigh, North Carolina, for Appellees.

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Wayne Moore appeals the district court's judgment granting Defendants' summary judgment motions on his 42 U.S.C. § 1983 (2006) claims against them and has moved for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Moore's motion for appointment of counsel and affirm the district court's judgment. *See Moore v. Bennette,* 777 F.Supp.2d 969 (E.D.N.C.2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*